Name: Diana Lynne Pittman
Address: 213 Sadie Street
South Bend, IN 46628
Phone: (574) 323-4480

**OVER THE COUNTER**

FILED
2010 JUN 30 PM 3: 27
CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N DISTRICT OF INDIANA

Debtor: Diana Lynne Pittman
Joint Debtor: N/A

Case No: 10-32276
Bankruptcy Chapter: 7

DEBTOR'S MOTION TO RECONSIDER ORDER DISMISSING BANKTRUPTCY CASE

I, Diana Lynne Pittman, respectfully move for relief based on the reason stated below and request that the court vacate the order dismissing this bankruptcy case, entered on May 11, 2010.

The case was dismissed for failure to make timely payments, in the amount of $75.00 per month, toward the total filing fee of $299.00. **The fee has now been paid in full**.

Your Honor, Judge Harry C. Dees, Jr.,

I humbly apologize to the court for not making payments in a timely manner. I understand the implications, and meant in no way to disrespect or minimize the process. I am handling this preceding Pro Se, and regretfully admit that although I have tried very hard to be knowledgeable of the process, I am learning that I am still slightly ignorant in some matters, and while ignorance is no excuse, I did not have the payment amount due on 6/10/2010, of $75.00, and thought I could save the money over the course of two payroll checks and pay when I had enough. When I went to the U.S Bankruptcy Court, Clerks Office, on 6/30/2010, to make a payment, I learned that my case had been dismissed two days prior, for failure to pay; I immediately made arrangements with the utilities and mortgage companies to delay some payments to them for two weeks, in order to pay the filing fee in full on 6/30/2010. I plead with the court to reconsider the order dismissing the above mentioned case and again I sincerely apologize for any inconvenience this may have caused the court.

Respectfully,

Signed: *Diana R. Pittman / Pro Se*
Debtor/Attorney

Dated: 6/30/2010